### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Vickie Morrison, | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  3:15-cv-00545-wmc |
| | : |
| The Swiss Colony, LLC; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendants. | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 19, 2016

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 19, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Amy L. Cueller_____

Amy L. Cueller