UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Vickie Morrison, <br><br> Plaintiff, <br> v. <br><br> The Swiss Colony, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 3:15-cv-00545 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vickie Morrison ("Plaintiff"), by counsel, and Defendant Seventh Avenue, Inc., improperly named as The Swiss Colony, LLC ("Defendant"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the entry of an order dismissing this action with prejudice, with each side to bear its own fees, costs, and expenses. The parties having stipulated hereto, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED THAT the above-captioned action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.

SO ORDERED.

~~Honorable Stephen L. Crocker~~ William Conley
~~United States Magistrate~~ Judge
May 9, 2016  District

Agreed as to form:

| | |
|---|---|
| /s/ Amy L. Cueller | /s/ Christopher R. Murphy |
| Amy L. Cueller, Esq., #15052-49 | Christopher R. Murphy |
| Lemberg Law, LLC | Reed Smith LLP |
| 1100 Summer Street, 3rd Floor | 10 South Wacker Drive |
| Stamford, CT 06905 | Chicago, IL 60606-7507 |
| (203) 653-2250 | (312) 207-1000 |
| acueller@lemberglaw.com | crmurphy@reedsmith.com |
| Attorney for Plaintiff | Attorney for Defendant |